```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 40427
   KRISTINA M MYLES
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-3341
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/01/04 and confirmed on 02/15/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 16800.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NORTH SHORE HOLDINGS | SECURED | .00 | .00 | .00 |
| NORTH SHORE HOLDINGS | MORTGAGE ARRE | 6000.00 | .00 | 6000.00 |
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| VALLEY EMERGENCY CARE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T UNIVERSAL CARD | UNSECURED | NOT FILED | .00 | .00 |
| ATLANTIC CREDIT & FINANC | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 519.88 | .00 | 77.68 |
| BEST BUY/HOUSEHOLD RETAI | UNSECURED | NOT FILED | .00 | .00 |
| AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1001.36 | .00 | 149.62 |
| B FIRST LLC | UNSECURED | 8909.46 | .00 | 1331.21 |
| B FIRST LLC | UNSECURED | 6317.26 | .00 | 943.89 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY ORTHOPEDIC AS | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY WOMENS HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1562.73 | .00 | 233.49 |
| H & R ACCOUNTS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| B LINE LLC | UNSECURED | 878.41 | .00 | 131.25 |
| KANE ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 553.38 | .00 | 82.68 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 20151.73 | .00 | 3010.97 |
| MENARDS | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST ORTHO & NEURO | UNSECURED | 1064.00 | .00 | 158.98 |
| PATHOLOGY CONSULTANTS | UNSECURED | 171.00 | .00 | 25.55 |

```
SAMS CLUB                    UNSECURED       NOT FILED              .00           .00
ST CHARLES PODIATRY ASSO     UNSECURED       NOT FILED              .00           .00
TRI CITY RADIOLOGY           UNSECURED       NOT FILED              .00           .00
TRI CITY RADIOLOGY           UNSECURED         2465.64              .00        368.40
ECAST SETTLEMENT CORPORA     UNSECURED         5111.83              .00        763.78
WELLS FARGO HOME MORT        MORTGAGE ARRE     1613.51              .00       1613.51
     Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7613.51           .00     48706.68         .00      56320.19
PRINCIPAL PAID      7613.51           .00      7277.50         .00      14891.01
INTEREST PAID           .00           .00           .00         .00           .00
TOTAL PAID          7613.51           .00      7277.50         .00      14891.01
```

The Debtor's attorney, SARAH L POEPPEL                      , was allowed $   1200.00
and was paid $   1200.00 .

The Trustee received $    708.99 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 07/18/08                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE